

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00211-CV

Joshua **JACOBS**,
Appellant

v.

**HUSER CONSTRUCTION, INC.**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 12540B
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We tax costs of this appeal against Appellant Joshua Jacobs.

SIGNED March 19, 2014.

_____
Patricia O. Alvarez, Justice